# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

In Re: Kade & Jennifer Lavergne                              Case No. : 18-10049

## DEBTOR VERIFICATION OF DIRECT PAYMENTS

I/We certify that the following payments due to be paid under my plan directly by me from my budget (not out of the plan payment made to the trustee) to the following listed creditors have been made:

**DIRECT MORTGAGE PAYMENTS**

☐ None

1st Mortgage: American Thrift (Name)

Post-Petition:
- Payment due date 1/20/18    Date paid 1/02/18
- Payment due date 2/20/18    Date paid 1/29/18
- Payment due date 3/20/18    Date paid 3/15/18
- Payment due date 4/20/18    Date paid 4/19/18
- Payment due date _____    Date paid _____

2nd Mortgage: _____ (Name)

Post-Petition:
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____

**DOMESTIC SUPPORT OBLIGATIONS**

☒ None

Obligee: _____ (Name)

Post-Petition:
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____
- Payment due date _____    Date paid _____

1

**VEHICLE DIRECT PAYMENTS**

☒ None

Secured Creditor _____
(Name)

Post-Petition:  Payment due date _____   Date paid _____
Payment due date _____   Date paid _____
Payment due date _____   Date paid _____
Payment due date _____   Date paid _____
Payment due date _____   Date paid _____

**OTHER DIRECT PAYMENTS**

☒ None

Secured Creditor _____
(Name)

Post-Petition:  Payment due date _____   Date paid _____
Payment due date _____   Date paid _____
Payment due date _____   Date paid _____
Payment due date _____   Date paid _____
Payment due date _____   Date paid _____

The undersigned debtor(s) in the captioned bankruptcy case hereby acknowledge that the above direct payments have been paid.

___/s/ Kade Lavergne_____        ___/s/ Jennifer Lavergne_____
Debtor                                                                  Debtor

I have reviewed the debtor(s) verification above and certify that based on the debtor(s) representation the debtor(s) have met their requirements for paying post petition direct payments.

☒ Met the requirements for paying post petition payments

☐ NOT met the requirements for paying post petition payments

___/s/ Morley C. Diment_____
Attorney

2