## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KADE LAVERGNE<br>JENNIFER LAVERGNE | CASE NO.: 18-10049 |
| DEBTORS | CHAPTER 13 |

### EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO INCUR DEBT

NOW INTO COURT through undersigned counsel come the debtors who respectfully represent the following:

1.

The debtors filed a Motion to Incur Debt on August 12, 2020.

2.

It is important that this motion be heard on an expedited basis for the following reasons: Debtor has been approved for this home loan and must have a closing prior to the discharge in this case or they will be ineligible for the loan.

3.

The debtors request an expedited hearing on the Motion to be held as soon as possible, preferably on Wednesday, August 19, 2020 at 9:00 a.m. to allow for them to close on time pursuant to the pre-approval which expires on August 28, 2020.

4.

Debtors have deposited sufficient funds to pay the case in full with counsel.

5.

Counsel for the debtors has contacted the following regarding this request for an expedited hearing and each has indicated that they have no opposition to an expedited hearing on the Motion to: Annette Crawford, Chapter 13 Trustee

WHEREFORE, debtors pray that the Court set the Motion to be heard by expedited hearing.

Respectfully Submitted:

Milling Benson Woodward, LLP

<u>/s/Robert W. Hoke</u>
Robert W. Hoke (35825)
Morley Diment (37449)
Milling Benson Woodward, LLP
6421 Perkins Road
Building B, Suite B
Baton Rouge, LA 70808
(225) 388-1028
Attorney for the Debtors