OFFICE OF THE CHAPTER 13 TRUSTEE
MIDDLE DISTRICT OF LOUISIANA
**ANNETTE CLAYTON CRAWFORD**
**TRUSTEE**
POST OFFICE BOX 2159
MEMPHIS, TN 38101-2159
(225) 928-2531
FAX (225) 928-3237

**September 24, 2020**

Kade Joseph Lavergne
Jennifer Reuter Lavergne
43177 Highway 621
Gonzales, La 70737
Kadelavergne@Gmail.Com
Kadelavergne@Gmail.Com

RE: YOUR CHAPTER 13 BANKRUPTCY
CASE NO.:18-10049

Dear Debtor(s):

Your Chapter 13 plan payments to my office are completed.

You should contact your attorney to determine what additional steps, if any, you may need to take.

It is **very important** that you keep my office updated with your current address, email, or phone number for at least one year after completion in case we need to refund money to you. You must complete a Change of Address form available on our website (www.annettecrawford.com) or come by our office at 8778 Goodwood Blvd., Baton Rouge, and complete the form in person. Time is of the essence, however. If we need to refund money to you, we will mail it to the address we have on file. If the address is incorrect and the funds are returned or the check goes stale, we will issue the funds to the registry of the Court.

Reminder: the Financial Management Course Certificate and the Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Request for Entry of Discharge (Local Form 6) must be filed before you can receive a discharge. If you do not have an attorney, Local Form 6 is available on the Court's website at www.lamb.uscourts.gov, under Rules and Forms. The Financial Management Course Certificate must be obtained after the counseling. On the Court's website, go to Office of the US Trustee, Debtor Education Requirements for a list of providers and instructions for filing the certificate.

Good luck to you in the future.

Best Wishes,

ANNETTE C. CRAWFORD
CHAPTER 13 STANDING TRUSTEE

ACC/gmt
CC:  Morley C. Diment - mcd@dimentfirm.com