# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

IN RE:  Kade Joseph Lavergne                                                CASE NO.: 1810049
          Jennifer Reuter Lavergne

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the Final Report has been served electronically to each party listed below:

Recipients of Electronic Noticing:

Morley C. Diment on behalf of debtor
mcd@dimentfirm.com

U.S Trustee
ustp.region05@usdoj.gov

and a copy of same served to each party listed below in the United States Mail, properly addressed, first class postage prepaid by February 25, 2021.

                                              /s/ Annette C. Crawford
                                              Annette C. Crawford
                                              Chapter 13 Trustee

| | | |
|---|---|---|
| Kade Joseph Lavergne<br>Jennifer Reuter Lavergne<br>43177  Highway 621<br>Gonzales, LA  70737 | American Thrift & Finance<br>5235 Florida Blvd<br>Ste G<br>Baton Rouge, LA  70806 | Americollect<br>851 S Alverno Rd<br>Manitowoc, WI  54220 |
| Bureau Of The Certified<br>4621 W Napoleon<br>Ste 205<br>Metairie, LA  70001 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern, PA  19355-0701 | Conn Appliances, Inc.<br>C/O Becket & Lee Llp<br>P O Box 3002 Dept. Conns<br>Malvern, PA  19355-1245 |
| E Federal Credit Union<br>10719 Airline Hwy<br>Baton Rouge, LA  70816 | Ecmc<br>Lockbox 8682<br>P O Box 16478<br>St Paul, MN  55116-0478 | First Heritage Credit<br>40497 Black Bayou Ext<br>Gonzales, LA  70737 |
| Foti Financial Services<br>Po Box 606<br>Gonzales, LA  70707-0606 | Louisiana Recovery Svc<br>1304 Bertrand Dr Ste F4<br>Lafayette, LA  70506 | Midland Funding Llc<br>Po Box 2011<br>Warren, MI  48090 |
| Midland Funding Llc<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA  92108 | Peritus Portfolio Services<br>Po Box 141419<br>Irving, TX  75014 | Receivable Recovery Service<br>110 Veterans Blvd<br>Metairie, LA  70005 |

| CASE NO.:1810049 | CERTIFICATE OF SERVICE | Page 2 of 2 |
|---|---|---|

Regions Bank
Po Box 11407
Birmingham, AL  35246

Resurgent Capital Services
Po Box 10587
Greenville, SC  29603-0587

Rgs Financial
1700 Jay Ell Dr
Ste 200
Richardson, TX  75081

Southern Credit Recovery
3228 6Th St
Ste 201
Metairie, LA  70002

Synchrony Bank
C/O Pra Receivables Management, Llc
Po Box 41021
Norfolk, VA  23541

Transfinancial Companies
7922 Picardy Ave
Baton Rouge, LA  70809